IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TIMOTHY BURKE,**

    Plaintiff,

v.                                              Civil Action No. **3:15CV558**

**J. RUDASILL,** *et al.,*

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on October 9, 2015, the Court conditionally docketed Plaintiff's action. On November 6, 2015, the United States Postal Service returned the Memorandum Order to the Court marked, "NOT HERE" and "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                                   John A. Gibney, Jr.
Date: 11/24/15                                United States District Judge
Richmond, Virginia